No. 10-792. Grant M. Walker, Individually and on Behalf of All Others Similarly Situated, et al., Petitioners v. Monsanto Company Pension Plan, et al.

562 U.S. 1286, 131 S. Ct. 1678, 179 L. Ed. 2d 616, 2011 U.S. LEXIS 2220.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 614 F.3d 415.

No. 10-794. Carolyn C. Barr, Petitioner v. United States.

562 U.S. 1287, 131 S. Ct. 1678, 179 L. Ed. 2d 616, 2011 U.S. LEXIS 2187.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 617 F.3d 370.

No. 10-796. State Compensation Insurance Fund, Petitioner v. Nancy Hoffmeier Zamora, Chapter 7 Trustee.

562 U.S. 1287, 131 S. Ct. 1679, 179 L. Ed. 2d 616, 2011 U.S. LEXIS 2344.

No. 10-808. Alfonso Morris, Petitioner v. State of Alabama.

562 U.S. 1287, 131 S. Ct. 1679, 179 L. Ed. 2d 616, 2011 U.S. LEXIS 2209.

March 21, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 60 So. 3d 326.

No. 10-878. Kristin Hill Brasser Kuelbs, et al., Petitioners v. Kimberly Hill, et al.

562 U.S. 1287, 131 S. Ct. 1679, 179 L. Ed. 2d 616, 2011 U.S. LEXIS 2250.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 615 F.3d 1037.

No. 10-880. Carolyn Yvonne Murphy Taylor, Petitioner v. City of Columbia, South Carolina, et al.

562 U.S. 1287, 131 S. Ct. 1679, 179 L. Ed. 2d 616, 2011 U.S. LEXIS 2257,

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 389 Fed. Appx. 325.

No. 10-887. Joseph Dixon, Petitioner v. East Coast Music Mall.

562 U.S. 1287, 131 S. Ct. 1680, 179 L. Ed. 2d 616, 2011 U.S. LEXIS 2396,

March 21, 2011. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.